1026

[No. 43093-9-I.   Division One.   September 7, 1999.]

JAMES B. HANSON, ET AL., *Appellants*, v. EDWIN D. LASECKI, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-24479-1, LeRoy McCullough, J., entered June 26, 1998. *Affirmed* by unpublished opinion per Agid, A.C.J., concurred in by Coleman and Webster, JJ.

[No. 43605-8-I.   Division One.   September 7, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. W.C.F., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-04331-0, John M. Darrah, J., entered November 3, 1998. *Affirmed* by unpublished opinion per Cox, J., concurred in by Coleman and Grosse, JJ. Now published at 97 Wn. App. 401.

[No. 43824-7-I.   Division One.   September 7, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JUDD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-05668-3, Carlos Velategui, J. Pro Tem., entered December 2, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 44077-2-I.   Division One.   September 7, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. Q.N.D., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-06406-6, John M. Darrah, J., entered January 20, 1999. *Reversed* by unpublished per curiam opinion.